JACOB M. ZINAMAN, as Executor of HYMAN SILBERMAN, Deceased, Appellant, *v.* SOPHIE STIVELMAN, Respondent, Impleaded with Another.

(Argued October 7, 1936; decided October 23, 1936.)

*Jacob M. Zinaman* for appellant.

*Norman Laidhold* and *William Weisman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.